1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

8

FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10  AMANDA RACHELLE METZGER,        Case No. 2:24-cv-2639-CSK

11              Plaintiff,

12       v.                         ORDER GRANTING IFP AND
                                    DIRECTING SERVICE
13  COMMISSIONER OF SOCIAL
    SECURITY,                       (ECF No. 2)
14
15              Defendant.

16       This case was referred to the undersigned pursuant to 28 U.S.C. § 636(b)(1),

17  Federal Rule of Civil Procedure 72, and Eastern District of California Local Rule

18  302(c)(15). Plaintiff Amanda Rachelle Metzger requests leave to proceed in forma

19  pauperis ("IFP") without prepayment of the filing fee under 28 U.S.C. § 1915. (ECF No.

20  2.)

21       Plaintiff's affidavit demonstrates an inability to prepay fees and costs or give

22  security for them, and so the request is GRANTED. The Clerk of Court is directed to

23  issue:  (i) a summons for this case pursuant to Rule 3 of the Supplemental Rules for

24  Social Security actions; (ii) the undersigned's scheduling order for Social Security cases;

25  and (iii) the court's order regarding consent to the jurisdiction of a magistrate judge.

26  Dated:  October 1, 2024

27  _____
    CHI SOO KIM
    UNITED STATES MAGISTRATE JUDGE
28  3, metz.2639

1